RECEIVED
BY MAIL
MAR 13 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION

| | |
|---|---|
| HENRY HAMILTON, *Individually and on behalf of others similarly situated,* ) ) ) *Plaintiff,* ) ) vs. ) ) CITY OF HAYTI, MISSOURI, ) GLENDA OVERBY, CALVIN ) RAGLAND, AMY LEEANN LANNIE, ) and MACO MANAGEMENT CO., INC. ) ) *Defendants.* ) | Civil Action No: 1:14-cv-00109CEJ |

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Henry Hamilton moves the court to voluntarily dismiss the present action without prejudice. The reasons the Plaintiff seeks to dismiss the present action are that the court disqualified his attorney and prohibited him from representing him in this case. Plaintiff is impoverished, disabled, has limited education and lacks the ability to adequately represent himself on his own in this case. He has been trying for more than two months to find an attorney willing to represent him on a contingent fee or a court awarded fee basis, but no attorney has been willing to take over representation of him in this case.

Defendants have filed motions to dismiss the case based on immunity and various other grounds. The court removed Plaintiff's attorney before any responsive memoranda of law could be filed. Without representation of counsel, Plaintiff's case will be dismissed without deciding it on the merits. His former attorney has assisted him in attempting to find

counsel and in preparing this motion, but based on the court's ruling that his representation constitutes a conflict of interest, he is unable to further assist him in this case. It is in Plaintiff's best interest to voluntarily dismiss the case and continue his efforts to find an attorney in to refile the case on his behalf.

March 10, 2015.  *Henry Hamilton*
Henry Hamilton
P.O. Box 360
Hayti, MO 63851
(573) 359-7114

## CERTIFICATE OF SERVICE

I, Henry Hamilton, hereby certify that I have this day served *via* U.S. Postal Service, First Class, postage pre-paid, a true and correct copy of the foregoing Motion to Voluntary Dismissal with Prejudice to:

A.M. Spradling, III
1838 Broadway, P.O. Drawer 1119
Cape Girardeau, MO 63702-119

John Grimm
The Limbaugh Firm
497 Kingshighway, P.O. Box 1150
Cape Girardeau, MO 63702-1150

This the 10th day of March, 2015.    *Henry Hamilton*
Henry Hamilton

Henry Hamilton
P.O. Box 360
Hayti, MO 63851



RECEIVED
BY MAIL
MAR 1 3 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

U.S. District Court
Southeastern Division
Rush Hudson Limbaugh, SR Courthouse
555 Independence St.
Cape Girardeau, MO 63703



